UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:13CR00327-002
                                    :
     -against-                      :   ORDER
                                    :
Michael Levitis                     :
                                    :
     Defendant                      :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2014

Paul G. Gardephe, United States District Judge:

ORDERED that the defendant's bail be modified by adding the conditions: report to Pretrial Services as directed and drug and alcohol testing and treatment as deemed necessary by Pretrial Services.

Dated: New York, New York
       August 15, 2014

                              SO ORDERED,

                              _____
                              Paul G. Gardephe
                              United States District Judge