

**Charles A. Ross**
**Founding Partner**
Direct Dial: 212.616.3032
Fax: 212.616.3031
cross@charlesrosslaw.com

September 3, 2014

**By email to michael_ruocco@nysd.uscourts.gov (with permission)**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Mission Settlement Agency, et.al*
13 Cr. 327 (PGG)

Dear Judge Gardephe:

    I represent Michael Levitis in the above-referenced matter. We are scheduled to appear before your Honor for sentencing on October 1, 2014 at 2:00 pm. I am writing to ask for an adjournment of sentencing to October 28, 2014 at 12:30 pm.

    I have just learned that there are 100 victim impact letters to be submitted to the Court. We have not received them yet. I will need time to review these letters prior to sentencing and request a brief adjournment in order to do so. However, I ask the Court to schedule the adjournment after October 17, 2014 to avoid the Jewish holidays. Mr. Levitis is observant, as are the consultants we are working with at the Aleph Institute's Alternative Sentencing Program in preparation for sentencing. My office has spoken with Courtroom Deputy Clerk Michael Ruocco and he suggested October 28, 2014 at 12:30 pm as the best option after the Jewish holidays.

    It is my understanding the government objects to this request; however, in order to properly prepare for sentencing, I respectfully ask the Court to grant this adjournment request.

Respectfully submitted,

Charles A. Ross



Letter Motion to Hon. Paul G. Gardephe
*U.S. v. Mission Settlement Agency*, 13 Cr. 327 (PGG)
September 3, 2014
Page 2 of 2

cc (by email):  AUSA Nicole Friedlander, Southern District of New York
AUSA Michael Imperatore, Southern District of New York


So Ordered:

_____
Hon. Paul G. Gardephe
United States District Judge