

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 20, 2016

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/16
```

Re:   **United States v. Michael Levitis**, 13 Cr. 327 (PGG)

Dear Judge Gardephe:

The Government respectfully requests a thirty-day extension of its January 25, 2016 deadline to respond to Michael Levitis's motion pursuant to 28 U.S.C. § 2255. The requested extension will allow the Government sufficient time to gather case materials and prepare an opposition brief. This is the Government's first request for an extension of time.

Respectfully submitted,

**MEMO ENDORSED**

**The Application is granted.**

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 21, 2016

PREET BHARARA
United States Attorney
Southern District of New York

By: ___/s/_____
Nicole Friedlander
Edward A. Imperatore
Assistant United States Attorneys
Southern District of New York
(212) 637-2211/2327