RECEIVED
SDNY DOCKET UNIT
2018 NOV -8 PM 3:59

---

MICHAEL LEVITIS
    Petitioner

VS

UNITED STATES OF AMERICA
    Respondent

---

Case No: 15 Civ 8977 (PGG); 13 Cr. 327 (PGG)

November 4, 2018

Dear Judge Gardephe,

I am writing to you to respectfully ask you for an Order to direct the Probation Department for the Eastern District of New York release my passport to my mother Eva Levitis at 132 Norfolk Street, Brooklyn, NY 11235. I believe that my passport is still held by the Eastern District of NY from my previous case.

I would like to have all my documents in order for my Release Date a few years from now, or sooner if my appeal is successful. If the Passport is expired, my mother should be able to renew it while I am still incarcerated. Having valid documents will help me with intergration back into society upon my release.

Thank you for your consideration,

*Michael Levitis* (signature)

Michael Levitis
Inmate Number 78297-053
FCI Otisville - Camp
PO Box 1000
Otisville, NY 10963

Michael Levin
REGISTER NUMBER—78297-053
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
OTISVILLE, NY 10963

RECEIVED
SDNY DOCKET UNIT
2018 NOV -8 PM 3:58

⇔78297-053⇔
Sdny Pro Se Intake Unit
Southern District of NY
500 Pearl ST
Room 200
NEW YORK, NY 10007
United States

10007-131699

WESTCHESTER NY 105
05 NOV 2018 PM 2 L