UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>-against-<br><br>MICHAEL LEVITIS,<br><br>          Defendant. | Case No. 13 Cr. 327 (PGG)<br><br>**NOTICE OF MOTION** |

   **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 17, 2020, defendant Michael Levitis respectfully moves the Court before the Honorable Paul G. Gardephe, United States District Judge, at a date and time to be determined by the Court, for a compassionate release modification of Mr. Levitis's sentence, to time served, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

Dated: July 17, 2020
   New York, New York

                  /s/ Casey E. Donnelly
                  Casey E. Donnelly
                  WILLKIE FARR & GALLAGHER LLP
                  787 Seventh Avenue
                  New York, NY 10019
                  Telephone: (212) 728-8000
                  cdonnelly@willkie.com

                  *Counsel for Defendant Michael Levitis*