# EXHIBIT A



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: LEVITIS, MICHAEL  78297-053

SEQUENCE: 01928304
Team Date: 05-05-2020

| Facility: | CUM  CUMBERLAND FCI | Proj. Rel. Date: | 12-02-2021 |
|---|---|---|---|
| Name: | LEVITIS, MICHAEL | Proj. Rel. Mthd: | 3621E COND |
| Register No.: | 78297-053 | DNA Status: | OTV02899 / 02-24-2015 |
| Age: | 43 | | |
| Date of Birth: | 08-25-1976 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CUM | C EDU ORD | CAMP EDUCATION ORDERLY | 11-18-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| CUM | ESL HAS | ENGLISH PROFICIENT | 08-06-2015 |
| CUM | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-06-2015 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| CUM | | DAP AM | 12-03-2019 | CURRENT |
| OTV SCP | C | INFORMATIONAL JOB FAIR | 05-21-2019 | 05-21-2019 |
| OTV SCP | C | ACCOUNTING PRINCIPLES | 05-15-2018 | 08-22-2018 |
| OTV SCP | C | INTERMEDIATE TENNIS INSTRUCT | 06-14-2017 | 08-01-2017 |
| OTV SCP | C | CAMP PUBLIC SPEAKING CLASS | 12-15-2015 | 03-15-2016 |
| OTV SCP | C | STEP TRAINING FOR PARENTING | 10-13-2015 | 12-08-2015 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-18-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-09-2015 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 02-24-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-05-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-05-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP PART | RESIDENT DRUG TRMT PARTICIPANT | 12-03-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-10-2015 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 05-05-2017 |
| NR COMP | NRES DRUG TMT/COMPLETE | 08-10-2017 |

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 03-06-2015 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $25.00 | Obligation Balance: | $2,211,197.00 |

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**



| | Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 01928304 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 05-05-2020 |
| | Plan is for inmate: LEVITIS, MICHAEL  78297-053 | |

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 3 | REST NV | $2,196,522.00 | $2,196,197.00 | IMMEDIATE | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 03-11-2020 | CUM | PAYMENT | INSIDE PMT | $25.00 |
| 2 | FINE | $15,000.00 | $15,000.00 | IMMEDIATE | AGREED | |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details
Trust Fund Deposits - Past 6 months:  $0.00          Payments commensurate ?   N/A
New Payment Plan:    ** No data **

### Progress since last review
Continue paying Court ordered financial obligations. Has maintained clear conduct since last team. Is enrolled in or qualified for RDAP and is 3621E Release eligible. Is enrolled in the Pre-Release Program and has completed one out of six classes.

### Next Program Review Goals
Short term goals are to apply for a birth certificate and social security card by 7-20-2020, enroll in and complete Smart Money class by 8-20-2020 and graduate from the RDAP by 09-14-2020. Read daily until released from custody. Maintain weekly contact with family and friends via e-mail, mail, and phone. Exercise daily until released from custody. Maintain clear conduct until released from custody on 12-02-2021. Maintain good sanitation until released from custody. Save $30 every three months for release funds.

### Long Term Goals
Long term goal is to save $300.00 by 12-02-2021, for your release to the community.

### RRC/HC Placement
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

### Comments
Sentencing District: Southern District of New York
Supervision relocation required? No
407/408 reviewed and current.
Treaty Transfer: N/A - inmate is a U.S. citizen