MEMO ENDORSED:

The Government's opposition to Defendant's motion is due on July 27, 2020.

SO ORDERED.

*Paul S. Gardephe*
Dated: July 20, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                        Plaintiff,

  -against-

MICHAEL LEVITIS,

                       Defendant.

Case No. 13 Cr. 327 (PGG)

**NOTICE OF MOTION**

---

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 17, 2020, defendant Michael Levitis respectfully moves the Court before the Honorable Paul G. Gardephe, United States District Judge, at a date and time to be determined by the Court, for a compassionate release modification of Mr. Levitis's sentence, to time served, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).

Dated: July 17, 2020
      New York, New York

                                                /s/ Casey E. Donnelly
                                                Casey E. Donnelly
                                                WILLKIE FARR & GALLAGHER LLP
                                                787 Seventh Avenue
                                                New York, NY 10019
                                                Telephone: (212) 728-8000
                                                cdonnelly@willkie.com

                                                *Counsel for Defendant Michael Levitis*