

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2020

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Michael Levitis
S1 13 Cr. 327 (PGG)

Dear Judge Gardephe:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the supporting declaration, all right, title and interest of the Defendant, Michael Levitis in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 81) and no third-party claims have been filed for these assets within the statutory period. This asset was inadvertently omitted from the prior Final Order of Forfeiture entered in this case in 2015. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

By: _____/s/_____
    Alexander Wilson
    Assistant United States Attorney
    Tel. (212) 637-2453

*Enclosure*